UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

TARA TAYLOR,  
a/k/a TARA-ELIZABETH TAYLOR  
a/k/a TARA E A TAYLOR  
a/k/a TARA ELIZABETH ANGELA TAYLOR  
a/k/a TARA E TAYLOR  
a/k/a TARA ELIZABETH TAYLOR,

Case No. 19-23157-SHL  
Chapter 13

Debtor.
-----------------------------------------------------------------x

## DEBTOR LOSS MITIGATION AFFIDAVIT

STATE OF NEW YORK      )  
                       )ss.:  
COUNTY OF KINGS        )

I, Yunna Ivzhenko, of Petroff Amshen LLP being sworn, say:

I am not a party to this action, am over 18 years of age and reside in Brooklyn, New York.

On September 23, 2019, I served a true and completed copy of the following documents upon the following party via email: Shapiro, DiCaro and Barak, LLC, lossmit.ny@logs.com. Further, on September 27, 2019, I served a true and completed copy of the following documents upon the following parties via fax: Bank of America, N.A., 1 (800) 520-5019.

☐ A copy of the Debtor's[1] two (2) most recent federal income tax returns;

☐ A copy of the Debtor's last two (2) paycheck stubs, proof of social security income, pensions, or any other income received by the Debtor;

Or, if Debtor is self-employed:

☐ A copy of the Debtor's business' two (2) most recent months' profit and loss statements, setting forth a breakdown of the monthly business income and expenses for *[the months of]*;

☐ A copy of the mortgagee's completed financial worksheet;

☐ Proof of second/third party income by affidavit of the party, including the party's last two (2) paycheck stubs,

---

[1] Unless otherwise provided herein, all capitalized terms are defined in the Southern District of New York's Loss Mitigation Program Procedures. The Loss Mitigation Program Procedures' definition of "Debtor" includes joint debtors.

☒ Other (please specify)

**Debtor's complete loan modification package.**

Dated: Brooklyn, New York
October 2, 2019

_____
YUNNA IVZHENKO

Sworn before me on this

__2nd__ day of October 2019

_____
Notary Public

CHRISTOPHER VILLANTI
Notary Public, State of New York
No. 02VI6345913
Qualified in Richmond County
Commission Expires August 1, 20_20_

2